1

DAVID L. NEALE (SBN 141225)
KRIKOR J. MESHEFEJIAN (SBN 255030)

2

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

3

10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067

4

Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: dln@lnbyb.com; kjm@lnbyb.com

5

6

Attorneys for Chapter 11 Debtors
and Debtors in Possession /Removing Parties

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

SACRAMENTO DIVISION

11

12

13

ESSIE CHANDLER, KENNETH
CHANDLER and BRENDA LUKER
GILMAN,

14

15

                    Plaintiffs,

16

vs.

17

CARMICHAEL CARE, INC., a Nevada
corporation, NORTH AMERICAN HEALTH
CARE, INC., a Nevada corporation, JOHN
SORENSEN, and DOES 1 through 50,
inclusive,

18

19

20

                    Defendants.

21

Case No. 2:15-CV-00411- JAM-AC

**STIPULATION TO EXTEND
DEADLINE TO CONDUCT RULE 26(f)
CONFERENCE AND TO SUBMIT
JOINT STATUS REPORT FROM
APRIL 20, 2015 TO JULY 6, 2015;
ORDER**

Date:   May 6, 2015
Time:   9:30 a.m.
Ctrm:  6, 14th Floor
Judge:  Hon. John A. Mendez

22

23

24

25

26

27

28

698165.2

## RECITALS

The Court's Order Requiring Joint Status Report [Dkt. No. 6] (the "Order") compels the Plaintiffs and the Defendants (together, the "Parties") to conduct the Rule 26(f) conference and to submit a joint status report within 60 days of the February 19, 2015 removal of this action.  As a result, the deadline for the Parties to submit a joint status report is April 20, 2015.

Plaintiffs filed a Motion to Remand ("Motion") on March 24, 2015.  Plaintiffs selected a hearing date of May 6, 2015, the earliest available hearing date on the Court's calendar. Defendants may oppose the Motion.

The Court's ruling on the Motion may render the submission of a joint status report moot, because if the Court grants the Motion, no joint status report will be necessary.

In order to avoid unnecessary expense, the Parties wish to extend the deadline for conducting the Rule 26(f) conference and submitting a joint status report from April 20, 2015 to and including July 6, 2015 (60 days after the May 6 hearing on the Motion).  This is the first request for an extension of this deadline.

## STIPULATION

The Parties hereby stipulate to an extension of the deadline for conducting the Rule 26(f) conference and submitting a joint status report from April 20, 2015 to and including July 6, 2015.

Dated: April 13, 2015                              BOUTIN JONES, INC.


                                                   By:____/s/_____
                                                        Bashar S. Ahmad
                                                        Attorneys for Essie Chandler, Kenneth
                                                   Chandler and Brenda Luker Gilman

STIPULATION TO EXTEND DEADLINE TO FILE
JOINT STATUS REPORT; [PROPOSED] ORDER

698165.2

1   Dated: April 13, 2015

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By:___/s/_____
        David L. Neale
        Krikor J. Meshefejian
        Bankruptcy Attorneys for Defendants
        Carmichael Care, Inc. and North
        American Health Care, Inc.

**GOOD CAUSE HAVING BEEN SHOWN**, the Court orders that the deadline for the Parties to conduct the Rule 26(f) conference and to submit a joint status report be extended from April 20, 2015, to and including July 6, 2015.

**IT IS SO ORDERED.**

Dated:   4/15/2015

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge

OHSUSA:761591096.1

698165.2

- 3 -